**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

**Plaintiff**(s): **Patricia Browning ; Melvin Essomba**

**Defendant**(s): **Kia America, Inc. ; Hyundai Motor America, Inc.**

County of Residence: Maricopa

County of Residence: Outside the State of Arizona

County Where Claim For Relief Arose: Maricopa

Plaintiff's Atty(s):

Defendant's Atty(s):

**Richard Traulsen (**Patricia Browning ; Melvin Essomba **)**
**Begam Marks & Traulsen, P.A.**
**11201 North Tatum Blvd., Suite 110**
**Phoenix, Arizona  85028**
**602-254-6071**

---

II. Basis of Jurisdiction:              **4. Diversity (complete item III)**

III. Citizenship of Principal Parties **(Diversity Cases Only)**

Plaintiff:- **1 Citizen of This State**

Defendant:- **2 Citizen of Another State**

IV. Origin :              **1. Original Proceeding**

V. Nature of Suit:              **355 Motor Vehicle Product Liability**

VI.Cause of Action:              **15 U.S.C. §§ 2301 et seq. and 28 U.S.C. § 1367.**

VII. Requested in Complaint

Class Action: **Yes**

Dollar Demand:

Jury Demand: **Yes**

VIII. This case **is not related** to another case.

**Signature:** **/s/ Richard P. Traulsen**

**Date:** **12/7/2022**

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

Revised: 01/2014